2026-29444

**FILED**
Marilyn Burgess
District Clerk

P3

CAUSE NO 2026-29444          Time: MAY - 1 2026
2.15 pm
Harris County, Texas

Thomas, Michael L. § 164th    By                B Barrett
PLAINTIFF                 § IN THE JUSTICE COURT    Harris County
                         §                         District Clerk MT
                         §
V.                        § PRECINCT 5 MT
                         §
Toby Rockett            §
DEFENDANT'S             § Harris           COUNTY, TEXAS
Thomas, Quintana        §
Ashley Kisela
Kiela Orozco          PETITION: SMALL CLAIMS CASE MT

DEFENDANT'S
EXHIBIT
2

**I.    DEFENDANT(S) ADDRESS:**
397 Armed Forces Drive, Building 3 & 4
Grand Prairie, Texas 75051

**II.    COMPLAINT:** Plaintiff files this suit against Defendant based upon the following facts:
On November 25 2025 you aided in the illegal use of my signature and tampering of an official government form. You gave the specific instruction and orders to alter a document and submit it to a third party without my knowledge or consent. This goes against Article 105 and Article 107 for forgery and false statement, and Army Regulation 600-20

**III.    RELIEF:** Plaintiff seeks:

☒ damages in the amount of $ 20,000 ,

☐ return of personal property as described as follows *(be specific)*: _____

_____

_____, which has a value of $_____.

Additionally, Plaintiff seeks the following:
Justice and an explanation into your actions. I lost all passion or purpose to continue in the Army after what you have done.

**IV.    SERVICE OF CITATION:** Service is requested on Defendant(s) by:

☒ Personal service at home or work,

☐ Registered mail, or

☐ Certified mail return receipt requested.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Governmental Use Only - Do Not Disseminate to the Public: 126490116 - Page 1 of 3

If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are: _____

_____

_____

**V.**    **ONGOING INTEREST:**  Plaintiff ☐ does or ☐ does not seek ongoing interest. If so: The effective interest rate claimed is _____%; this interest rate is based upon ☐ contract ☐ statute and began accruing on _____; the dollar amount of interest claimed as of _____ is $_____.

**VI.**    **JURY REQUEST**

☐ I request a jury trial. (*The fee is $22 and must be paid at least 14 days before trial unless you file a Statement of Inability to Afford Payment of Court Costs in compliance with Rule 502.3.*)

☒ I do not request a jury at this time.

**VII.**    **SERVICE BY EMAIL** (*Normally, documents in this case are sent by mail. If it is easier for you, you can choose to get some of the documents sent by email. If you choose to get documents by email, you must have an email account where you can receive, open, and view large attachments, and it is important that you check this email account every day. **Even if you receive some documents by email, you will still receive some documents about the case by mail or personal service, so you must not ignore any documents from the court or other parties received by mail or personal service.***)

☒ Yes, I would like to receive documents related to this case by email at this email address: _Michaethomas1@outlook.com_

☐ No, I do not want to receive any documents by email.

**VIII.**    **REMOTE PARTICIPATION**

**Hearing by Phone Call:** (*When a hearing happens by phone call, you will be able to talk to and hear the judge, Plaintiff, or any witnesses, but you will not be able to see them. Copies of any evidence to be used must be exchanged by the parties and sent to the judge before the hearing.*)

☒ Yes, I am able to have any hearings in this case, except a jury trial, by phone call with the judge and Plaintiff and understand that I must have a phone to use on the date and time of the hearing.

☐ No, I am not able to have hearings by phone call.

**Hearing by Video Conference:** (*When a hearing happens by video conference, you can hear, see, and talk to the judge, Plaintiff, and any witnesses. You will be able to see any evidence*

For Official Governmental Use Only - Do Not Disseminate to the Public: 126490116 - Page 2 of 3

*presented during the hearing. You will need to have a computer, a smartphone, or tablet that has a camera feature. You will also need access to the internet to be able to have a video conference.)*

☒ Yes, I am able to have any hearings in this case, except a jury trial, by video conference. I understand that I am responsible for having the equipment and internet access needed to participate in a video conference on the date and time of the hearing.

☐ No, I am not able to have hearings by video conference.

*NOTE: Your responses in this section do not guarantee that hearings will be held remotely, but rather they help the court know how you are able to participate.*

Respectfully submitted,

_____
Signature of Plaintiff

Printed Name: Michael Thomas
Address: 8850 Long point Rd
Houston, Tx 77055
Email: Michaethomas1@outlook.com
Telephone: (624) 591-0585
Fax:

_____
Signature of Attorney, if any

Printed Name: _____
Address: _____
_____
_____
Email: _____
Telephone: _____
Fax: _____
State Bar No.: _____

For Official Governmental Use Only - Do Not Disseminate to the Public: 1264901116 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 26, 2026

Certified Document Number:        126490116 Total Pages:  3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**